### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **SAMY AYOUB** ) | **CASE NO.** |
| **21733 County Way** ) | |
| **Strongsville, Ohio 44149** ) | **JUDGE** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **NOTICE OF REMOVAL** |
| ) | |
| **WERNER TRUCKING CO.** ) | |
| **(Werner Enterprises, Inc.)** ) | |
| **14507 Frontier Road** ) | |
| **Omaha, Nebraska 68138** ) | |
| ) | |
| -and- ) | |
| ) | |
| **ADAM CIANCIO** ) | |
| **4097 Valleyvue Drive** ) | |
| **Gibsonia, Pennsylvania 15044** ) | |
| ) | |
| **Defendants** ) | |

Defendants Werner Trucking Co. (Werner Enterprises, Inc.), and Adam Ciancio ("Defendants") respectfully submit the following plain statement of grounds for removal required by 28 U.S.C. §1446(a):

1. On November 16, 2023, Plaintiff Samy Ayoub commenced an action against Defendants in the Cuyahoga County Court of Common Pleas captioned *Samy Ayoub v. Werner Trucking Co.(Werner Enterprises, Inc.), et al.*, Cuyahoga County Common Pleas Court Case No. CV 23 988747. A copy of the Complaint is attached hereto as Exhibit A. No further proceedings have occurred in the Cuyahoga County action.

2. Defendant Werner Trucking Co. (Werner Enterprises, Inc.) was served with a copy of the Complaint via certified mail on December 1, 2023. A copy of the Summons is attached as Exhibit B.

3. Defendant Adam Ciancio was served with a copy of the Complaint via certified mail on December 2, 2023. A copy of the Summons is attached as Exhibit C.

4. Accordingly, this Notice of Removal is timely filed within the thirty (30) day time period set forth in 28 U.S.C. §1446(b).

5. Defendant Werner Trucking Co. (Werner Enterprises, Inc.) is a foreign corporation with its principal place of business in Omaha, Nebraska.

6. Defendant Adam Ciancio is an individual who is a resident and citizen of the Commonwealth of Pennsylvania.

7. The Cuyahoga County Common Pleas Court, where this action was initially filed, is within the jurisdiction of the United States District Court, Northern District of Ohio.

8. The Complaint alleges claims brought under the Americans with Disabilities Act, 42 U.S.C. 126 § 12101 *et seq.*

9. The Complaint alleges religious discrimination claims brought under Title VII, 42 U.S.C. § 2000e-2.

10. The Complaint also alleges state law claims for disability and religious discrimination under R.C. 4112.02 *et seq.*

11. This Court has original jurisdiction over this matter, pursuant to 28 U.S.C. § 1331, as district courts have original jurisdiction of all civil actions arising out of the Constitution, laws, and treaties of the United States.

12. The action is one which may be properly removed to this Court, pursuant to the provisions of 28 U.S.C. § 1441(c)(1)(a), as the claim arises under the Constitution, laws, or treaties of the United States and the Court has supplemental jurisdiction over all other claims alleged in the Complaint because they are so related to the claims in the action within such original jurisdiction that they form part of the same case or controversy under Article 3 of the United States Constitution.

13. Pursuant to 28 U.S.C. § 1446(d), Defendants have notified the Cuyahoga County Court of Common Pleas of the filing of this Notice of Removal, a copy of which is attached hereto as Exhibit D. Defendants have similarly provided notice to all adverse parties.

14. Defendants, therefore, respectfully request that the above-referenced action, now pending in the Cuyahoga County Court of Common Pleas, be removed therefrom to this Court.

15. By filing this Notice of Removal, Defendants do not waive any defense which may be available to Defendants in this action, including jurisdiction.

WHEREFORE, Defendants remove this matter to the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,

/s/ Kristin L. Wedell
**KRISTIN L. WEDELL (0072500)**
**Dickie, McCamey & Chilcote, P.C.**
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
(216) 685.1827 – Telephone
(888) 881.7144 - Facsimile
kwedell@dmclaw.com
**Attorney for Defendants**
**Werner Trucking Co. (Werner Enterprises, Inc.)**
**and Adam Ciancio**

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, the foregoing Notice of Removal was filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of the Notice of Removal has been served via electronic mail upon Chris P. Wido, Attorney for Plaintiff, of The Spitz Law Firm, 25825 Science Park Drive, Suite 200, Beachwood, Ohio 44122.

/s/ Kristin L. Wedell
**KRISTIN L. WEDELL (0072500)**
**Attorney for Defendants**
**Werner Trucking Co. (Werner Enterprises, Inc.)**
**and Adam Ciancio**